**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

AC Evolution, LLC

                Plaintiff,

v.

                                          Case No.: 1:25−cv−01552

                                          Honorable Gabriel A. Fuentes

Haulistic, LLC

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 30, 2026:

      MINUTE entry before the Honorable Gabriel A. Fuentes: With no opposition to plaintiff's motion to file first amended complaint (doc. #[73]) filed by the Court's deadline of noon today (doc. #[74]), the motion is granted, and the first amended complaint in the form attached to the motion as Exhibit A may be filed forthwith. A joint status report on fact discovery progress (including viability of the 6/9/26 fact discovery cutoff) and settlement status (namely whether all parties wish to engage in a settlement conference with a magistrate judge) is due at noon on 5/8/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.